```
1   RONALD E. WOOD, SBN 133854
2   rwood@proskauer.com
    JENNIFER L. ROCHE, SBN 254538
3   jroche@proskauer.com
    PROSKAUER ROSE LLP
4   2049 Century Park East, Suite 3200
    Los Angeles, CA  90067-3206
5   Telephone:   310-557-2900
    Facsimile:   310-557-2193
6
    Attorneys for Defendants
7   Wachovia Securities, LLC
    n/k/a Wells Fargo Advisors, LLC
8   and George Gordon, III
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY R. RAIFMAN and SUSAN RAIFMAN, husband and wife, individually and on behalf of their marital community and as Trustees of the RAIFMAN FAMILY REVOCABLE INTERVIVOS TRUST and as beneficiaries of the PALLADIAN TRUST; GEKKO HOLDINGS, LLC, and HELICON INVESTMENTS, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> WACHOVIA SECURITIES, LLC, N/K/A WELLS FARGO ADVISORS, LLC; GEORGE GORDON, III, individually; and ROBERT EDDY, individually, <br><br> Defendants. | Case No. C 11-02885 TEH <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** <br><br> Action Filed: April 1, 2011 <br> [Removed from California State Court] <br><br> Hon. Thelton E. Henderson |

Plaintiffs Gregory R. Raifman, Susan Raifman, Gekko Holdings, LLC and Helicon Investments, Ltd. (collectively, "Plaintiffs") filed their Complaint in California State Court on April 1, 2011. Defendants Wachovia Securities, LLC and George Gordon, III ("Defendants") removed the action to the United States District Court for the Northern District of California on June 13, 2011. Defendants' response to the Complaint is currently due on June 20, 2011 pursuant to Federal Rule of Civil Procedure 81(c). The parties, by and through their counsel, have agreed to extend until July 8, 2011, the time by which Defendants may answer or otherwise respond to the Complaint.

Pursuant to Local Rule 6-1, IT IS HEREBY STIPULATED AND AGREED by the parties, through their counsel, that Defendants shall have until and including July 8, 2011 to answer or otherwise to respond to Plaintiffs' Complaint filed on April 1, 2011. This extension will not alter the date of any event or deadline already fixed by Court order.

DATED: June 15, 2011

RONALD E. WOOD
JENNIFER L. ROCHE
PROSKAUER ROSE LLP

_____
Ronald E. Wood

Attorneys for Defendants,
WACHOVIA SECURITIES, LLC and
GEORGE GORDON, III

DATED: June 15, 2011

MARK J. WILSON
ISAACSON & WILSON, P.S.

_____
Mark J. Wilson

Attorney for Plaintiffs,
GREGORY R. RAIFMAN, SUSAN RAIFMAN, GEKKO HOLDINGS, LLC, and HELICON INVESTMENTS, LTD.



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
06/16/2011
IT IS SO ORDERED
Judge Thelton E. Henderson

Case No. C 11-02885 TEH
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT