1  LAW OFFICES OF STEVEN ROOD
   Steven Rood (Cal. Bar No. 69332)
2  E-mail: steve@steverood.com
   405 – 14th Street, Ste. 212
3  Oakland, CA 94612
   Telephone:  510-839-0900
4  Facsimile:  510-839-0230

5  ISAACSON &WILSON, P.S.
   Mark J. Wilson (Cal. Bar No. 96985)
6  Email: mjwilson@isaacsonwilson.com
   1200 5th Avenue, Ste. 1900
7  Seattle, WA 98101
   Telephone:  206-448-1011
8  Facsimile:  206-448-1022

9  *Attorneys for Plaintiffs*

10

11             **UNITED STATES DISTRICT COURT**

12            **NORTHERN DISTRICT OF CALIFORNIA**

13

14  GREGORY R. RAIFMAN and SUSAN          Case No.: No. C 11-02885 SBA
    RAIFMAN, husband and wife, individually
15  and on behalf of their marital community   **STIPULATION TO EXTEND TIME FOR**
    and as Trustees of the RAIFMAN FAMILY   **PLAINTIFFS TO RESPOND TO**
16  REVOCABLE INTERVIVOS TRUST and         **DEFENDANTS' MOTION TO DISMISS**
    as beneficiaries of the PALLADIAN       **AND FOR DEFENDANTS TO REPLY**
17  TRUST; GEKKO HOLDINGS, LLC, and
    HELICON INVESTMENTS, LTD,             **(Endorsement for Proposed Order is**
18                                         **included herein)**
                     Plaintiffs,
19                                         **HEARING ON MOTION TO DISMISS:**
            vs.
20                                         Date:      December 6, 2011
    WACHOVIA SECURITIES, LLC, N/K/A       Time:      1:00 pm
21  WELLS FARGO ADVISORS LLC;             Ctrm:      1
    GEORGE GORDON, III, individually; and  Judge:     Hon. Sandra B. Armstrong
22  ROBERT EDDY, individually,

23                   Defendants.

24          IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their

25  respective counsel of record, pursuant to Local Rules 6-1(b) and 6-2 that Plaintiffs' Opposition

26  to Defendants' Motion to Dismiss, which was originally due on August 5, 2011, may be

27  extended to September 9, 2011.

28

IT IS FURTHER STIPULATED AND AGREED that Defendants may have until October 6, 2011 to reply to Plaintiffs' response to the Motion to Dismiss.

Plaintiffs submit the Declaration of  Mark J. Wilson in support of this Stipulation and Proposed Order, pursuant to Local Rule 6-2(a).

A section for the Court's endorsement is appended below, pursuant to Local Rule 7-12.


Dated: August _____, 2011

MARK J. WILSON
ISAACSON & WILSON, P.S.


_____
Mark J. Wilson

Attorneys for Plaintiffs


Dated: August _____, 2011

RONALD E. WOOD
JENNIFER L. ROCHE
PROSKAUER ROSE LLP


_____
Ronald E. Wood

Attorneys for Defendants
WACHOVIA SECURITIES, LLC and
GEORGE GORDON III


PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: _8/30/11

_Sandra B Armstrong_____
Hon. Sandra B. Armstrong
United States District Judge

**Stipulation to Extend Time of Plaintiffs to Respond to Motion to Dismiss and For Defendants to Reply**
**Case No. C 11-02885 SBA**