RONALD E. WOOD, SBN 133854
rwood@proskauer.com
JENNIFER L. ROCHE, SBN 254538
jroche@proskauer.com
PROSKAUER ROSE LLP
2049 Century Park East, Suite 3200
Los Angeles, CA  90067-3206
Telephone:   310-557-2900
Facsimile:    310-557-2193

Attorneys for Defendants
Wachovia Securities, LLC
n/k/a Wells Fargo Advisors, LLC
and George Gordon, III

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GREGORY R. RAIFMAN and SUSAN RAIFMAN, husband and wife, individually and on behalf of their marital community and as Trustees of the RAIFMAN FAMILY REVOCABLE INTERVIVOS TRUST and as beneficiaries of the PALLADIAN TRUST; GEKKO HOLDINGS, LLC, and HELICON INVESTMENTS, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> WACHOVIA SECURITIES, LLC, N/K/A WELLS FARGO ADVISORS, LLC; GEORGE GORDON, III, individually; and ROBERT EDDY, individually, <br><br> Defendants. | Case No. 4:11-cv-02885 SBA <br><br> **ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF TO EXCEED MOTION PAGE LIMITATION** <br><br><br> Hon. Saundra B. Armstrong |

Case No. 4:11-cv-02885 SBA
[PROPOSED] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF

THIS MATTER came before the Court on Defendants' Motion for Administrative Relief to Exceed Motion Page Limitiation, pursuant to Local Rule 7-11, for an Order to permit Defendants to exceed the 15 page limit set by the Court's Standing Order effective July 1, 2011, for their pending Motion to Dismiss Plaintiffs' Complaint filed July 25, 2011. Having carefully considered the briefs and arguments of counsel, IT IS HEREBY ORDERED THAT:

Defendants' Motion to Dismiss Plaintiffs' Complaint may exceed 15 pages.

IT IS SO ORDERED.

Dated: 10/12/11

Hon. Saundra B. Armstrong
United States District Judge