| | |
|---|---|
| 1 | LAW OFFICES OF STEVEN ROOD |
| 2 | Steven Rood (Cal. Bar No. 69332)<br>E-mail: steve@steverood.com |
| 3 | 405 – 14th Street, Ste. 212<br>Oakland, CA 94612 |
| 4 | Telephone:  510-839-0900<br>Facsimile:  510-839-0230 |
| 5 | ISAACSON &WILSON, P.S. |
| 6 | Mark J. Wilson (Cal. Bar No. 96985)<br>Email:  mjwilson@isaacsonwilson.com |
| 7 | 1200 5th Avenue, Ste. 1900<br>Seattle, WA 98101 |
| 8 | Telephone:  206-448-1011<br>Facsimile:  206-448-1022 |
| 9 | *Attorneys for Plaintiffs* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GREGORY R. RAIFMAN and SUSAN RAIFMAN, husband and wife, individually and on behalf of their marital community and as Trustees of the RAIFMAN FAMILY REVOCABLE INTERVIVOS TRUST and as beneficiaries of the PALLADIAN TRUST; GEKKO HOLDINGS, LLC, and HELICON INVESTMENTS, LTD,<br><br>Plaintiffs,<br><br>vs.<br><br>WACHOVIA SECURITIES, LLC, N/K/A WELLS FARGO ADVISORS LLC; GEORGE GORDON, III, individually; and ROBERT EDDY, individually,<br><br>Defendants. | Case No.: No. C 11-02885 SBA<br><br>**STIPULATION FOR ORDER TO EXTEND TIME FOR PLAINTIFFS TO REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**<br><br>**(Endorsement for Proposed Order is included herein)**<br><br>**HEARING ON MOTION TO DISMISS AND MOTION TO FOR LEAVE TO FILE AMENDED COMPLAINT :**<br><br>Date:       December 6, 2011<br>Time:      1:00 pm<br>Ctrm:       1<br>Judge:     Hon. Sandra B. Armstrong |

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their respective counsel of record, pursuant to Local Rules 6-1(b) and 6-2 that Plaintiffs' Reply in

1  Support of Plaintiffs' Motion to Filed Amended Complaint, which was originally due on
2  November 14, 2011, may be extended to November 18, 2011.
3     Plaintiffs submit the Declaration of Mark J. Wilson in support of this Stipulation and
4  Proposed Order, pursuant to Local Rule 6-2(a).
5     An agreed Proposed Order is attached hereto as Exhibit 1.

7  Dated: November 11, 2011

8                                MARK J. WILSON
                                  ISAACSON & WILSON, P.S.

10                               _____
                                  Mark J. Wilson
11                               Attorneys for Plaintiffs

13  Dated: November ___, 2011

14                                RONALD E. WOOD
                                  JENNIFER L. ROCHE
15                                PROSKAUER ROSE LLP

16                               (see attached)
                                  _____
17                                Ronald E. Wood

18                                Attorneys for Defendants
                                  WACHOVIA SECURITIES, LLC and
19                                GEORGE GORDON III

21
22  PURSUANT TO STIPULATION, **IT IS SO ORDERED.**

23
    Dated: 11/14/11
24

25                               _____
26                                Hon. Saundra B. Armstrong
                                  United States District Judge
27
28

---

2
**Stipulation for Order to Extend Time for Plaintiffs to Reply in Support of
Motion for Leave to File Amended Complaint
Case No. C 11-02885 SBA**

1  Support of Plaintiffs' Motion to Filed Amended Complaint, which was originally due on
2  November 14, 2011, may be extended to November 18, 2011.
3     Plaintiffs submit the Declaration of Mark J. Wilson in support of this Stipulation and
4  Proposed Order, pursuant to Local Rule 6-2(a).
5     An agreed Proposed Order is attached hereto as Exhibit 1.

7  Dated: November ____, 2011
8                                          MARK J. WILSON
                                           ISAACSON & WILSON, P.S.

10                                         _____
                                           Mark J. Wilson
11                                         Attorneys for Plaintiffs

13  Dated: November 11, 2011
14                                         RONALD E. WOOD
                                           JENNIFER L. ROCHE
15                                         PROSKAUER ROSE LLP

16                                         _____
                                           Ronald E. Wood
17
18                                         Attorneys for Defendants
                                           WACHOVIA SECURITIES, LLC and
19                                         GEORGE GORDON III

21  PURSUANT TO STIPULATION, **IT IS SO ORDERED.**

23  Dated: _____
24
25
26                                         _____
                                           Hon. Saundra B. Armstrong
27                                         United States District Judge
28