RONALD E. WOOD, SBN 133854
rwood@proskauer.com
JENNIFER L. ROCHE, SBN 254538
jroche@proskauer.com
PROSKAUER ROSE LLP
2049 Century Park East, Suite 3200
Los Angeles, CA  90067-3206
Telephone:   310-557-2900
Facsimile:    310-557-2193

Attorneys for Defendant
Wachovia Securities, LLC
n/k/a Wells Fargo Advisors, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GREGORY R. RAIFMAN and SUSAN RAIFMAN, husband and wife, individually and on behalf of their marital community and as Trustees of the RAIFMAN FAMILY REVOCABLE INTERVIVOS TRUST and as beneficiaries of the PALLADIAN TRUST; GEKKO HOLDINGS, LLC, and HELICON INVESTMENTS, LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>WACHOVIA SECURITIES, LLC, N/K/A WELLS FARGO ADVISORS, LLC<br><br>Defendant. | Case No. 4:11-cv-02885 SBA<br><br>**ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF TO EXCEED MOTION PAGE LIMITATION**<br><br><br>Hon. Saundra B. Armstrong |

1  THIS MATTER came before the Court on Defendant's Motion for Administrative Relief to Exceed Motion Page Limitation, pursuant to Local Rule 7-11, for an Order to permit Defendant to exceed the 15 page limit set by the Court's Standing Order effective July 1, 2011, for their to-be-filed Motion to Dismiss Plaintiffs' First Amended Complaint.  Having carefully considered the papers filed in connection with this matter, IT IS HEREBY ORDERED THAT:

Defendant's Motion for Administrative Relief to Exceed Motion Page Limitation is GRANTED.  Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint shall not exceed 20 pages.

IT IS SO ORDERED.

Dated:  6/14/12

Hon. Saundra B. Armstrong
United States District Judge