| | |
|---|---|
| 1 | RONALD E. WOOD, SBN 133854 |
| | rwood@proskauer.com |
| 2 | JENNIFER L. ROCHE, SBN 254538 |
| | jroche@proskauer.com |
| 3 | PROSKAUER ROSE LLP |
| | 2049 Century Park East, Suite 3200 |
| 4 | Los Angeles, CA  90067-3206 |
| | Telephone:    310-557-2900 |
| 5 | Facsimile:     310-557-2193 |

Attorneys for Defendant
Wachovia Securities, LLC
n/k/a Wells Fargo Advisors, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GREGORY R. RAIFMAN and SUSAN RAIFMAN, husband and wife, individually and on behalf of their marital community and as Trustees of the RAIFMAN FAMILY REVOCABLE INTERVIVOS TRUST and as beneficiaries of the PALLADIAN TRUST; GEKKO HOLDINGS, LLC, and HELICON INVESTMENTS, LTD., | Case No. 4:11-cv-02885 SBA |
| | **ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF TO EXCEED MOTION PAGE LIMITATION** |
| Plaintiffs, | |
| v. | |
| WACHOVIA SECURITIES, LLC, N/K/A WELLS FARGO ADVISORS, LLC | Hon. Saundra B. Armstrong |
| Defendant. | |

Case No. 4:11-cv-02885 SBA
[PROPOSED] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF

1   THIS MATTER came before the Court on Defendant's Motion for Administrative Relief to
2   Exceed Motion Page Limitation, pursuant to Local Rule 7-11, for an Order to permit Defendant to
3   exceed the 15 page limit set by the Court's Standing Order effective July 1, 2011, for their to-be-
4   filed Motion to Dismiss Plaintiffs' First Amended Complaint.  Having carefully considered the
5   papers filed in connection with this matter, IT IS HEREBY ORDERED THAT:
6   Defendant's Motion for Administrative Relief to Exceed Motion Page Limitation is
7   GRANTED.  Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint shall not exceed
8   20 pages.
9   IT IS SO ORDERED.

11  Dated:  6/14/12

            *Saundra B Armstrong*
            Hon. Saundra B. Armstrong
            United States District Judge