| | |
|---|---|
| 1 | LAW OFFICES OF STEVEN ROOD |
| | Steven Rood (Cal. Bar No. 69332) |
| 2 | E-mail: rood1@mindspring.com |
| | 405 – 14th Street, Ste. 212 |
| 3 | Oakland, CA 94612 |
| | Telephone: 510-839-0900 |
| 4 | Facsimile: 510-839-0230 |
| 5 | ISAACSON LAW FIRM, P.S. |
| 6 | Brian G. Isaacson (*pro hac vice*) |
| | Email: briani@isaacsonlawfirm.com |
| 7 | 701 5th Avenue, Ste. 4725 |
| | Seattle, WA 98104 |
| 8 | Telephone: 206-448-1011 |
| 9 | Facsimile: 206-448-1022 |

FILED
NOV 16 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GREGORY R. RAIFMAN and SUSAN RAIFMAN, husband and wife, individually and on behalf of their marital community and as Trustees of the RAIFMAN FAMILY REVOCABLE INTERVIVOS TRUST and as beneficiaries of the PALLADIAN TRUST; GEKKO HOLDINGS, LLC, and HELICON INVESTMENTS, LTD,

    Plaintiffs,

vs.

WACHOVIA SECURITIES, LLC, N/K/A WELLS FARGO ADVISORS LLC; GEORGE GORDON, III, individually; and ROBERT EDDY, individually,

    Defendants.

Case No.: No. C 11-02885 SBA

**CONSENT TO CHANGE ATTORNEY**

    IT IS HEREBY CONSENTED that;

---

1

CONSENT TO CHANGE ATTORNEY
Case No. C 11-02885 SBA

(1) Attorney Brian Isaacson and the law firm of Isaacson Law Firm, P.S. shall remain as attorneys of record for Plaintiffs' Gregory Raifman and Susan Raifman, the Raifman Family Revocable Intervivos Trust, the Palladian Trust, Gekko Holdings, and Helicon Investments, ("Plaintiffs"); and that

(2) Attorney Steven Rood and the Law Offices of Steven Rood hereby withdraw as attorneys of record for Plaintiffs.

(3) Attorney Thomas E. Alborg shall appear as co-counsel for Plaintiffs.

Dated: October 31, 2012  
Oakland, CA

On behalf of outgoing attorneys

By: *(signature)*  
Steven Rood  
LAW OFFICES OF STEVEN ROOD  
405 14th Street, Ste. 212  
Oakland, CA 94612  
Phone: 510-839-0900  
Facsimile: 510-839-0230

Dated: October 31, 2012
Seattle, WA

On behalf of remaining attorneys

By: *[signature]*

Brian G. Isaacson
ISAACSON LAW FIRM, P.S.
701 5th Ave., Ste. 4725
Seattle, WA 98104
Telephone: 206-448-1011
Facsimile: 206-448-1022

Dated: October 31, 2012
Walnut Creek, CA

On behalf of new attorneys

By: *[signature]*

Thomas E. Alborg (Cal Bar #056425)
ALBORG, VEILUVA & MARTIN, LLP
2121 N. California, Ste. 1010
Walnut Creek, CA 94596
Telephone: 925-939-9880
Facsimile: 925-939-9915

IT IS HEREBY ORDERED that Thomas E. Alborg shall substitute for Steven Rood as co-counsel for Plaintiffs.

Dated: 11/14, 2012

*[signature]*
Hon. Saundra Brown Armstrong
United States District Judge

---

CONSENT TO CHANGE ATTORNEY
Case No. C 11-02885 SBA