

LAW OFFICES OF STEVEN ROOD
Steven Rood (Cal. Bar No. 69332)
E-mail: rood1@mindspring.com
405 – 14th Street, Ste. 212
Oakland, CA 94612
Telephone: 510-839-0900
Facsimile: 510-839-0230

ISAACSON LAW FIRM, P.S.
Brian G. Isaacson (*pro hac vice*)
Email: briani@isaacsonlawfirm.com
701 5th Avenue, Ste. 4725
Seattle, WA 98104
Telephone: 206-448-1011
Facsimile: 206-448-1022

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY R. RAIFMAN and SUSAN RAIFMAN, husband and wife, individually and on behalf of their marital community and as Trustees of the RAIFMAN FAMILY REVOCABLE INTERVIVOS TRUST and as beneficiaries of the PALLADIAN TRUST; GEKKO HOLDINGS, LLC, and HELICON INVESTMENTS, LTD,<br><br>Plaintiffs,<br><br>vs.<br><br>WACHOVIA SECURITIES, LLC, N/K/A WELLS FARGO ADVISORS LLC; GEORGE GORDON, III, individually; and ROBERT EDDY, individually,<br><br>Defendants. | Case No.: No. C 11-02885 SBA<br><br>**CONSENT TO CHANGE ATTORNEY** |

IT IS HEREBY CONSENTED that;

---

CONSENT TO CHANGE ATTORNEY
Case No. C 11-02885 SBA

(1) Attorney Brian Isaacson and the law firm of Isaacson Law Firm, P.S. shall remain as attorneys of record for Plaintiffs' Gregory Raifman and Susan Raifman, the Raifman Family Revocable Intervivos Trust, the Palladian Trust, Gekko Holdings, and Helicon Investments, ("Plaintiffs"); and that

(2) Attorney Steven Rood and the Law Offices of Steven Rood hereby withdraw as attorneys of record for Plaintiffs.

(3) Attorney Thomas E. Alborg shall appear as co-counsel for Plaintiffs.

Dated: October 31, 2012
Oakland, CA

On behalf of outgoing attorneys

By: _____
Steven Rood
LAW OFFICES OF STEVEN ROOD
405 14th Street, Ste. 212
Oakland, CA 94612
Phone:      510-839-0900
Facsimile:  510-839-0230

CONSENT TO CHANGE ATTORNEY
Case No. C 11-02885 SBA

Dated: October 31, 2012
Seattle, WA

On behalf of remaining attorneys

By: *[signature]*

Brian G. Isaacson
ISAACSON LAW FIRM, P.S.
701 5th Ave., Ste. 4725
Seattle, WA 98104
Telephone:  206-448-1011
Facsimile:  206-448-1022

Dated: October 31, 2012
Walnut Creek, CA

On behalf of new attorneys

By: *[signature]*

Thomas E. Alborg (Cal Bar#056425)
ALBORG, VEILUVA & MARTIN, LLP
2121 N. California, Ste. 1010
Walnut Creek, CA  94596
Telephone:  925-939-9880
Facsimile:  925-939-9915

IT IS HEREBY ORDERED that Thomas E. Alborg shall substitute for Steven Rood as co-counsel for Plaintiffs.

Dated: 11-13, 2012

*[signature]*

Hon. Saundra Brown Armstrong
United States District Judge

CONSENT TO CHANGE ATTORNEY
Case No. C 11-02885 SBA