UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GREGORY R. RAIFMAN and SUSAN RAIFMAN, husband and wife, individually and on behalf of their marital community and as Trustees of the RAIFMAN FAMILY REVOCABLE INTERVIVOS TRUST and as beneficiaries of the PALLADIAN TRUST; GEKKO HOLDINGS, LLC, and HELICON INVESTMENTS, LTD., <br><br> Plaintiffs, <br><br> vs. <br><br> WACHOVIA SECURITIES, LLC, N/K/A WELLS FARGO ADVISORS, LLC, <br><br> Defendant. | Case No: C 11-02885 SBA <br><br> **ORDER** |

On June 18, 2012, Defendant filed a motion to dismiss the first amended complaint under Rule 12(b)(6) of the Federal Rules of Civil Procedure. Dkt. 74. Under Civil Local Rule 7-3, any opposition or statement of non-opposition to Defendant's motion was due no later than 14 days after the motion was filed. To date, Plaintiffs have not filed an opposition or statement of non-opposition to the motion. Nor have Plaintiffs requested an extension of time to respond to the motion. Instead, Plaintiffs have filed a motion for leave to file a second amended complaint. Dkt. 103. This Court's Standing Orders specifically warn that "the failure of the opposing party to file a memorandum of points and authorities in opposition to any motion shall constitute a consent to the granting of the motion." Civil Standing Orders at 4. Notwithstanding the requirements of Civil Local Rule 7-3 and the Court's warning, Plaintiffs have not filed an opposition or statement of non-opposition to Defendant's motion.

A district court may properly grant a motion for failure to file an opposition. See Gwaduri v. I.N.S., 362 F.3d 1144, 1146-1147, n. 3 (9th Cir. 2004) (noting that courts have the authority to grant unopposed motions); Ghazali v. Moran, 46 F.3d 52, 53 (9th Cir. 1995) (the failure to file an opposition to a motion in violation of a local rule is a proper ground to grant the motion). Here, although Plaintiffs' failure to file an opposition to Defendant's motion to dismiss is a proper ground to grant the motion, the Court will afford Plaintiffs another opportunity to file an opposition to the motion.

Accordingly,

IT IS HEREBY ORDERED THAT:

1. Plaintiffs shall file an opposition or statement of non-opposition to Defendant's motion to dismiss (Dkt. 74) by no later than seven (7) days from the date this Order is filed. In the event that Plaintiffs file a timely opposition to the motion, Defendant shall file a reply brief by no later than seven (7) days from the date Plaintiffs' opposition is filed. Upon the completion of briefing, this matter will be taken under submission without oral argument. The Court warns Plaintiffs that the failure to timely comply with this Order will result in dismissal of the first amended complaint.

IT IS SO ORDERED.

Dated: 1/25/13

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge