RONALD E. WOOD, SBN 133854
rwood@proskauer.com
JENNIFER L. ROCHE, SBN 254538
jroche@proskauer.com
PROSKAUER ROSE LLP
2049 Century Park East, Suite 3200
Los Angeles, CA   90067-3206
Telephone:   310-557-2900
Facsimile:   310-557-2193

Attorneys for Defendant
Wachovia Securities, LLC,
n/k/a Wells Fargo Advisors, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GREGORY R. RAIFMAN and SUSAN RAIFMAN, husband and wife, individually and on behalf of their marital community and as Trustees of the RAIFMAN FAMILY REVOCABLE INTERVIVOS TRUST and as beneficiaries of the PALLADIAN TRUST; GEKKO HOLDINGS, LLC, and HELICON INVESTMENTS, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> WACHOVIA SECURITIES, LLC, N/K/A WELLS FARGO ADVISORS, LLC, <br><br> Defendant. | Case No. C 11-02885 SBA <br><br> **STIPULATION TO ENLARGE DEFENDANT'S TIME TO OPPOSE PLAINTIFFS' MOTION FOR LEAVE TO FILE PROPOSED SECOND AMENDED COMPLAINT** <br><br> Action Filed: April 1, 2011 <br><br> [Removed from California State Court] <br><br> Hon. Saundra B. Armstrong |

Whereas, on January 14, 2013, Plaintiffs Gregory L. Raifman and Susan Raifman, husband and wife, individually and on behalf of their marital community and as Trustees of The Raifman Family Revocable Intervivos Trust, as beneficiaries of The Palladian Trust, as sole members of Gekko Holdings, Ltd., and assignees in interest and beneficial owners of Helicon Investments, Ltd. (collectively, "Plaintiffs"), filed their motion for leave to file a proposed second amended complaint ("Motion") in this action;

Case No. C 11-02885 SBA
STIPULATION TO ENLARGE DEFENDANT'S TIME TO OPPOSE PLAINTIFFS' MOTION FOR LEAVE TO FILE PROPOSED SECOND AMENDED COMPLAINT

1   Whereas, Defendant Wachovia Securities, LLC's ("Defendant") opposition to the Motion is
2   due on January 28, 2013 pursuant to Federal Rule of Civil Procedure 15(a)(3); and
3   Whereas, on January 22, 2013, the parties, by and through their respective counsel, entered a
4   stipulation agreeing to enlarge Defendant's time to oppose until February 15, 2013;
5   NOW, THEREFORE, the parties, through their counsel, hereby stipulate and agree, pursuant
6   to Local Rule 6-1(b), that Defendant shall have until February 15, 2013, to oppose Plaintiffs'
7   Motion. This extension will not alter the date of any event or deadline already fixed by Court order.

8   DATED: January 24, 2013          RONALD E. WOOD
                                     JENNIFER L. ROCHE
9                                    PROSKAUER ROSE LLP

10                                   _____
11                                         Ronald E. Wood

12                                   Attorneys for Defendant,
                                     WACHOVIA SECURITIES, LLC
13
                                     TOD ARONOVITZ
14  DATED: January 24, 2013          BARBARA PEREZ

15
                                     _____
16                                         TOD ARONOVITZ

17                                   Attorney for Plaintiffs,
                                     GREGORY R. RAIFMAN, SUSAN
18                                   RAIFMAN, GEKKO HOLDINGS, LLC, and
                                     HELICON INVESTMENTS, LTD.
19

20

21
    PURSUANT TO STIPULATION, **IT IS SO ORDERED.**
22

23  DATED: 1/25/13

24
                                     _____
25                                   Hon. Saundra J. Armstrong
                                     United States District Judge
26

27

28

                                            2
    STIPULATION TO ENLARGE DEFENDANT'S TIME TO OPPOSE PLAINTIFFS' MOTION FOR LEAVE TO FILE
                          PROPOSED SECOND AMENDED COMPLAINT