| | |
|---|---|
| Thomas E. Alborg (*Cal. Bar No. 56435*) <br> talborg@avmllp.com <br> **ALBORG, VEILUVA & MARTIN LLP** <br> 2121 N. California Boulevard, Suite 1010 <br> Walnut Creek, CA 94596 <br> 925-939-9880 Telephone <br> 925-939-9915 Facsimile <br><br> Brian G. Isaacson (*Pro Hac Vice*) <br> briani@isaacsonlawfirm.com <br> **ISAACSON LAW FIRM, P.S.** <br> 701 Fifth Avenue, Suite 4725 <br> Seattle, WA 98104 <br> 206-448-1011 Telephone <br> 206-448-1022 Facsimile | Tod Aronovitz (*Pro Hac Vice*) <br> ta@aronovitzlaw.com <br> Barbara Perez (*Pro Hac Vice*) <br> bp@aronovitzlaw.com <br> Andrew Zelmanowitz (*Pro Hac Vice*) <br> az@aronovitzlaw.com <br> **ARONOVITZ LAW** <br> 2 S. Biscayne Boulevard, Suite 2630 <br> Miami, FL 33131 <br> 305-372-2772 Telephone <br> 305-397-1886 Facsimile <br><br> John A. Yanchunis (*Pro Hac Vice*) <br> jyanchunis@forthepeople.com <br> **MORGAN & MORGAN, P.A.** <br> 201 North Franklin Street, 7th Floor <br> Tampa, Florida 33602 <br> 813-223-5505 Telephone <br> 813-223-5402 Facsimile |

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY R. RAIFMAN and SUSAN RAIFMAN, husband and wife, individually and on behalf of their marital community and as Trustees of the RAIFMAN FAMILY REVOCABLE INTERVIVOS TRUST and as beneficiaries of the PALLADIAN TRUST; GEKKO HOLDINGS, LLC, and HELICON INVESTMENTS, LTD, <br><br> Plaintiffs, <br><br> vs. <br><br> WACHOVIA SECURITIES, LLC, N/K/A WELLS FARGO ADVISORS LLC, <br><br> Defendant. | Case No.: No. C 11-02885 SBA <br><br> **STIPULATION TO ENLARGE PLAINTIFFS' TIME TO FILE REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** <br><br><br> Action filed: April 1, 2011 <br><br> [Removed from California State Court] <br><br> Hon. Saundra B. Armstrong |

Whereas, on January 14, 2013, Plaintiffs, Gregory L. Raifman and Susan Raifman, husband and wife, individually and on behalf of their marital community and as Trustees of

1
STIPULATION TO ENLARGE PLAINTIFFS' TIME TO FILE REPLY IN SUPPORT
OF PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

1   The Raifman Family Revocable Intervivos Trust, as beneficiaries of The Palladian Trust, as
2   sole members of Gekko Holdings, Ltd., and assignees in interest and beneficial owners of
3   Helicon Investments, Ltd. (collectively, "Plaintiffs"), filed their Motion for Leave to File a
4   Proposed Second Amended Complaint ("Motion") in this action;
5      Whereas, Plaintiffs' Reply in support of the Motion is due on February 22, 2013
6   pursuant to Federal Rule of Civil Procedure 15(a)(3); and
7      NOW, THEREFORE, the parties, through their counsel, hereby stipulate and agree,
8   pursuant to Local Rule 6-1(b), that Plaintiffs shall have until February 26, 2013, to file their
9   Reply in support of said Motion. This extension will not alter the date of any event or deadline
10  already fixed by Court Order.

DATED: February 7, 2013

Tod Aronovitz
Barbara Perez
Andrew Zelmanowitz
ARONOVITZ LAW

_____
Tod Aronovitz

Attorneys for Plaintiffs,
GREGORY R. RAIFMAN, SUSAN RAIFMAN
GEKKO HOLDINGS, LLC, and
HELICON INVESTMENTS, LTD.

DATED: February 7, 2013

Ronald E. Wood
Jennifer L. Roche
PROSKAUER ROSE LLP

_____
Ronald E. Wood

Attorneys for Defendant,
WACHOVIA SECURITIES, LLC

PURSUANT TO STIPULATION, **IT IS SO ORDERED**

DATED: 2/12/13

*Saundra B. Armstrong*
Hon. Saundra J. Armstrong
United States District Judge