RONALD E. WOOD, SBN 133854
rwood@proskauer.com
JENNIFER L. ROCHE, SBN 254538
jroche@proskauer.com
PROSKAUER ROSE LLP
2049 Century Park East, Suite 3200
Los Angeles, CA   90067-3206
Telephone:   310-557-2900
Facsimile:   310-557-2193

Attorneys for Defendant
Wachovia Securities, LLC
n/k/a Wells Fargo Advisors, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GREGORY R. RAIFMAN and SUSAN RAIFMAN, husband and wife, individually and on behalf of their marital community and as Trustees of the RAIFMAN FAMILY REVOCABLE INTERVIVOS TRUST and as beneficiaries of the PALLADIAN TRUST; GEKKO HOLDINGS, LLC, and HELICON INVESTMENTS, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> WACHOVIA SECURITIES, LLC, N/K/A WELLS FARGO ADVISORS, LLC <br><br> Defendant. | Case No. 4:11-cv-02885 SBA <br><br> **ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF TO EXCEED OPPOSITION PAGE LIMITATION** <br><br> Docket 114, 115 <br><br><br> Hon. Saundra B. Armstrong |

1  THIS MATTER came before the Court on Defendant's Motion for Administrative Relief to Exceed Opposition Page Limitation, pursuant to Local Rule 7-11, for an Order to permit Defendant to exceed the 15 page limit set by the Court's Standing Order effective July 1, 2011, for Defendant's Opposition to Plaintiffs' Motion for Leave to File Proposed Second Amended Complaint.  Having read and considered Defendant's motion and the stipulation filed by the parties (Dkt. 115), IT IS HEREBY ORDERED THAT:

Defendant's Opposition to Plaintiffs' Motion for Leave to File Proposed Second Amended Complaint may exceed 15 pages.  Defendant's Opposition shall not exceed 20 pages.  This Order terminates Docket 114 and Docket 115.

IT IS SO ORDERED.

Dated:  2/12/13

*Saundra B. Armstrong*
Hon. Saundra B. Armstrong
United States District Judge