Thomas E. Alborg (*Cal. Bar No. 56435*)
talborg@avmllp.com
**ALBORG, VEILUVA & MARTIN LLP**
2121 N. California Boulevard, Suite 1010
Walnut Creek, CA 94596
925-939-9880 Telephone
925-939-9915 Facsimile

Brian G. Isaacson (*Pro Hac Vice*)
briani@isaacsonlawfirm.com
**ISAACSON LAW FIRM, P.S.**
701 Fifth Avenue, Suite 4725
Seattle, WA 98104
206-448-1011 Telephone
206-448-1022 Facsimile

Tod Aronovitz (*Pro Hac Vice*)
ta@aronovitzlaw.com
Barbara Perez (*Pro Hac Vice*)
bp@aronovitzlaw.com
Andrew Zelmanowitz (*Pro Hac Vice*)
az@aronovitzlaw.com
**ARONOVITZ LAW**
2 S. Biscayne Boulevard, Suite 2630
Miami, FL 33131
305-372-2772 Telephone
305-397-1886 Facsimile

John A. Yanchunis (*Pro Hac Vice*)
jyanchunis@forthepeople.com
**MORGAN & MORGAN, P.A.**
201 North Franklin Street, 7th Floor
Tampa, Florida 33602
813-223-5505 Telephone
813-223-5402 Facsimile

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY R. RAIFMAN and SUSAN RAIFMAN, husband and wife, individually and on behalf of their marital community and as Trustees of the RAIFMAN FAMILY REVOCABLE INTERVIVOS TRUST and as beneficiaries of the PALLADIAN TRUST; GEKKO HOLDINGS, LLC, and HELICON INVESTMENTS, LTD, <br><br>Plaintiffs, <br><br>vs. <br><br>WACHOVIA SECURITIES, LLC, N/K/A WELLS FARGO ADVISORS LLC, <br><br>Defendant. | Case No.: No. C 11-02885 SBA <br><br>**STIPULATION TO ENLARGE PLAINTIFFS' TIME TO FILE REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** <br><br><br>Action filed: April 1, 2011 <br><br>[Removed from California State Court] <br><br>Hon. Saundra B. Armstrong |

Whereas, on January 14, 2013, Plaintiffs, Gregory L. Raifman and Susan Raifman, husband and wife, individually and on behalf of their marital community and as Trustees of

1  The Raifman Family Revocable Intervivos Trust, as beneficiaries of The Palladian Trust, as
2  sole members of Gekko Holdings, Ltd., and assignees in interest and beneficial owners of
3  Helicon Investments, Ltd. (collectively, "Plaintiffs"), filed their Motion for Leave to File a
4  Proposed Second Amended Complaint ("Motion") in this action;
5      Whereas, Plaintiffs' Reply in support of the Motion is due on February 26, 2013; and
6      Whereas, on February 21, 2013, the parties, by and through their respective counsel,
7  entered a stipulation agreeing to enlarge Plaintiffs' time to file a Reply until March 1, 2013.
8      NOW, THEREFORE, the parties, through their counsel, hereby stipulate and agree,
9  pursuant to Local Rule 6-1(b), that Plaintiffs shall have until March 1, 2013, to file their Reply
10 in support of said Motion. This extension will not alter the date of any event or deadline
11 already fixed by Court Order.

DATED: February 22, 2013

Tod Aronovitz
Barbara Perez
Andrew Zelmanowitz
ARONOVITZ LAW

_____
Tod Aronovitz

Attorneys for Plaintiffs,
GREGORY R. RAIFMAN, SUSAN RAIFMAN
GEKKO HOLDINGS, LLC, and
HELICON INVESTMENTS, LTD.

DATED: February 22, 2013

Ronald E. Wood
Jennifer L. Roche
PROSKAUER ROSE LLP

_____
Ronald E. Wood

Attorneys for Defendant,
WACHOVIA SECURITIES, LLC

PURSUANT TO STIPULATION, **IT IS SO ORDERED**

DATED: 2/26/13

*Saundra B. Armstrong*
Hon. Saundra J. Armstrong
United States District Judge