RONALD E. WOOD, SBN 133854
rwood@proskauer.com
JENNIFER L. ROCHE, SBN 254538
jroche@proskauer.com
PROSKAUER ROSE LLP
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
Telephone: 310-557-2900
Facsimile: 310-557-2193

Attorneys for Defendant
Wachovia Securities, LLC
n/k/a Wells Fargo Advisors, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GREGORY R. RAIFMAN and SUSAN RAIFMAN, husband and wife, individually and on behalf of their marital community and as Trustees of the RAIFMAN FAMILY REVOCABLE INTERVIVOS TRUST and as beneficiaries of the PALLADIAN TRUST; GEKKO HOLDINGS, LLC, and HELICON INVESTMENTS, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> WACHOVIA SECURITIES, LLC, N/K/A WELLS FARGO ADVISORS, LLC; <br><br> Defendant. | Case No. C 11-02885 SBA <br><br> **STIPULATION WITHDRAWING OPPOSITION AND CONSENTING TO FILING OF PLAINTIFFS' PROPOSED SECOND AMENDED COMPLAINT** <br><br><br> Hon. Saundra B. Armstrong |

Case No. C 11-02885 SBA
STIPULATION WITHDRAWING OPPOSITION AND CONSENTING TO FILING OF PLAINTIFFS' PROPOSED SECOND AMENDED COMPLAINT

WHEREAS, on March 11, 2013, the Court denied Defendant's motion to dismiss the First Amended Complaint on procedural grounds;

WHEREAS, Plaintiffs' Motion for Leave To File Proposed Second Amended Complaint ("Motion for Leave"), is scheduled for hearing on March 19, 2013; and

WHEREAS, on March 15, 2013, counsel for Defendant advised counsel for Plaintiffs of Defendant's intent to withdraw its opposition to Plaintiffs' pending motion and consent to Plaintiffs' filing the proposed Second Amended Complaint.

NOW THERFORE, the parties, through their respective counsel, hereby stipulate and agree that:

1. Defendant hereby withdraws its opposition to Plaintiffs' Motion For Leave To File Proposed Second Amended Complaint;

2. Defendant consents to Plaintiffs' filing the [Proposed] Second Amended Complaint, previously filed as Docket No. 105-1, reserving its right to file any appropriate motion directed against it, including a motion to dismiss; and

3. Defendant's time to respond to the First Amended Complaint is hereby adjourned *sin die*.

Dated:  March 15, 2013              RONALD E. WOOD
                                    JENNIFER L. ROCHE
                                    PROSKAUER ROSE LLP

                                    By:   / s / Ronald E. Wood
                                                Ronald E. Wood

                                    Attorneys for Defendant

Dated:  March 15, 2013              Tod Aronovitz (*Pro Hac Vice*)
                                    Barbara Perez (*Pro Hac Vice*)
                                    Andrew Zelmanowitz (*Pro Hac Vice*)
                                    ARONOVITZ LAW

                                    By:   / s / Tod Aronovitz

                                    Attorneys for Plaintiffs

1 | PURSUANT TO STIPULATION, **IT IS SO ORDERED.**

3 | Dated: 3/18/13

_____
Hon. Saundra B. Armstrong
United States District Judge