| | |
|---|---|
| Thomas E. Alborg (*Cal. Bar No. 56435*) <br> talborg@avmllp.com <br> **ALBORG, MARTIN & BUDDE LLP** <br> 2121 N. California Boulevard, Suite 1010 <br> Walnut Creek, CA94596 <br> 925-939-9880 Telephone <br> 925-939-9915 Facsimile <br><br> Brian G. Isaacson (*Pro Hac Vice*) <br> briani@isaacsonlawfirm.com <br> **ISAACSON LAW FIRM, P.S.** <br> 701 Fifth Avenue, Suite 4725 <br> Seattle, WA98104 <br> 206-448-1011 Telephone <br> 206-448-1022 Facsimile | Tod Aronovitz (*Pro Hac Vice*) <br> ta@aronovitzlaw.com <br> Barbara Perez (*Pro Hac Vice*) <br> bp@aronovitzlaw.com <br> Andrew Zelmanowitz (*Pro Hac Vice*) <br> az@aronovitzlaw.com <br> **ARONOVITZ LAW** <br> 2 S. Biscayne Boulevard, Suite 2630 <br> Miami, FL33131 <br> 305-372-2772 Telephone <br> 305-397-1886 Facsimile <br><br> John A. Yanchunis (*Pro Hac Vice*) <br> jyanchunis@forthepeople.com <br> **MORGAN & MORGAN, P.A.** <br> 201 North Franklin Street, 7th Floor <br> Tampa, Florida  33602 <br> 813-223-5505 Telephone <br> 813-223-5402 Facsimile |

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY R. RAIFMAN and SUSAN RAIFMAN, husband and wife, individually and on behalf of their marital community and as Trustees of the RAIFMAN FAMILY REVOCABLE INTER VIVOS TRUST and as beneficiaries of the PALLADIAN TRUST; GEKKO HOLDINGS, LLC, and HELICON INVESTMENTS, LTD; EDWARD and LORRAINE KURATA, as husband and wife; JAMES LOOMIS; JEFFREY CHOU; and BRUCE CARDINAL, as Trustee of the ROBERT J. CARDINAL GRANDCHILDREN'S TRUST, and the MARION I. CARDINAL TRUST, and as Managing Member of REDBIRD INVESTMENT GROUP, LLC., <br><br>            Plaintiffs, <br><br>      vs. <br><br> WACHOVIA SECURITIES, LLC, N/K/A WELLS FARGO ADVISORS LLC, <br><br>            Defendant. | Case No.: No. C 11-02885 SBA <br><br><br> **STIPULATION FOR DISMISSAL OF PLAINTIFF, HELICON INVESTMENTS, LTD** |

Plaintiffs propose to dismiss Helicon Investments, LLC as a named Plaintiff in the above-captioned case, with prejudice, and Defendant stipulates and agrees to said dismissal. The parties understand and agree that the remaining Plaintiffs in this case are Gregory R. Raifman and Susan Raifman, husband and wife, individually and on behalf of their marital community and as Trustees of Plaintiff, The Raifman Family Revocable Inter Vivos Trust, as beneficiaries of Plaintiff, The Palladian Trust, as sole members of Gekko Holdings, Ltd.; Edward and Lorraine Kurata, husband and wife; James Loomis; Jeffrey Chou and Bruce Cardinal, as Trustee of the Robert J. Cardinal Grandchildren's Trust, and as Trustee of the Marion I. Cardinal Trust, and as Managing Member of Redbird Investment Group, LLC.

Dated:  April 16, 2013

Tod Aronovitz (*Pro Hac Vice*)
Barbara Perez (*Pro Hac Vice*)
Andrew Zelmanowitz (*Pro Hac Vice*)
ARONOVITZ LAW

By:   */s/ Tod Aronovitz*
            Tod Aronovitz

Attorneys for Plaintiffs

Dated:  April 16, 2013

Ronald E. Wood
Jennifer L. Roche
PROSKAUER ROSE LLP

By:   */s/ Ronald E. Wood*
            Ronald E. Wood

Attorneys for Defendant

1 | PURSUANT TO STIPULATION, **IT IS SO ORDERED.**

3 | Dated:  4/18/13

*[Signature]*
Hon. Saundra B. Armstrong
United States District Judge