Thomas E. Alborg (*Cal. Bar No. 56435*)
talborg@avmllp.com
**ALBORG, MARTIN & BUDDE LLP**
2121 N. California Boulevard, Suite 1010
Walnut Creek, CA94596
925-939-9880 Telephone
925-939-9915 Facsimile

Brian G. Isaacson (*Pro Hac Vice*)
briani@isaacsonlawfirm.com
**ISAACSON LAW FIRM, P.S.**
701 Fifth Avenue, Suite 4725
Seattle, WA98104
206-448-1011 Telephone
206-448-1022 Facsimile

Tod Aronovitz (*Pro Hac Vice*)
ta@aronovitzlaw.com
Barbara Perez (*Pro Hac Vice*)
bp@aronovitzlaw.com
Andrew Zelmanowitz (*Pro Hac Vice*)
az@aronovitzlaw.com
**ARONOVITZ LAW**
2 S. Biscayne Boulevard, Suite 2630
Miami, FL33131
305-372-2772 Telephone
305-397-1886 Facsimile

John A. Yanchunis (*Pro Hac Vice*)
jyanchunis@forthepeople.com
**MORGAN & MORGAN, P.A.**
201 North Franklin Street, 7th Floor
Tampa, Florida  33602
813-223-5505 Telephone
813-223-5402 Facsimile

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY R. RAIFMAN and SUSAN RAIFMAN, husband and wife, individually and on behalf of their marital community and as Trustees of the RAIFMAN FAMILY REVOCABLE INTER VIVOS TRUST and as beneficiaries of the PALLADIAN TRUST; GEKKO HOLDINGS, LLC, and HELICON INVESTMENTS, LTD; EDWARD and LORRAINE KURATA, as husband and wife; JAMES LOOMIS; JEFFREY CHOU; and BRUCE CARDINAL, as Trustee of the ROBERT J. CARDINAL GRANDCHILDREN'S TRUST, and the MARION I. CARDINAL TRUST, and as Managing Member of REDBIRD INVESTMENT GROUP, LLC.,<br><br>Plaintiffs,<br><br>vs.<br><br>WACHOVIA SECURITIES, LLC, N/K/A WELLS FARGO ADVISORS LLC,<br><br>Defendant. | Case No.: No. C 11-02885 SBA<br><br>**STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE** |

WHEREAS, on April 29, 2013 this Honorable Court entered an Order Scheduling Case Management Conference for May 16, 2013 at 3:00 p.m. [Dkt. 147];

WHEREAS, Civil L.R. 14-10(a) provides that lead trial counsel for each party must attend the initial case management conference and lead trial counsel for Plaintiffs has a conflict on May 16, 2013; and

WHEREAS, counsel for the parties hereto request a few additional days to complete the Joint Case Management Statement to be submitted to the Court in a timely manner prior to the requested re-scheduled conference date,

NOW, THEREFORE, the parties, through counsel, hereby stipulate and agree, pursuant to Local Rule 6-1(b) that the Case Management Conference currently scheduled for May 16, 2013 at 3:00 p.m. be rescheduled for either May 22, or May 23, 2013.

Dated:  May 2, 2013         Tod Aronovitz (*Pro Hac Vice*)
                            Barbara Perez (*Pro Hac Vice*)
                            Andrew Zelmanowitz (*Pro Hac Vice*)
                            ARONOVITZ LAW


                      By:   */s/ Tod Aronovitz*
                            Tod Aronovitz

                            Attorneys for Plaintiffs

Dated:  May 2, 2013         Ronald E. Wood
                            Jennifer L. Roche
                            PROSKAUER ROSE LLP


                      By:   */s/ Ronald E. Wood*
                            Ronald E. Wood

                            Attorneys for Defendant

PURSUANT TO STIPULATION, **IT IS SO ORDERED that the Case Management Conference be rescheduled for May 23, 2013 at 2:45 p.m.** The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement, which shall be filed no later than ten (10) days prior to the Case Management Conference and complies with the Standing Order For All Judges Of The Northern District Of California and the Standing Order of this Court.  Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call.  All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

Dated:  5/7/13

_____
Hon. Saundra B. Armstrong
United States District Judge