RONALD E. WOOD, SBN 133854
rwood@proskauer.com
JENNIFER L. ROCHE, SBN 254538
jroche@proskauer.com
PROSKAUER ROSE LLP
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
Telephone: 310-557-2900
Facsimile: 310-557-2193

DAVID A. PICON (*Pro Hac Vice*)
dpicon@proskauer.com
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036-8299
Telephone: 212-969-3000
Facsimile: 212-969-2900

Attorneys for Defendant
Wachovia Securities, LLC,
n/k/a Wells Fargo Advisors, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| GREGORY R. RAIFMAN and SUSAN RAIFMAN, husband and wife, individually and on behalf of their marital community and as Trustees of the RAIFMAN FAMILY REVOCABLE INTERVIVOS TRUST and as beneficiaries of the PALLADIAN TRUST; GEKKO HOLDINGS, LLC; EDWARD and LORRAINE KURATA, as husband and wife; JAMES LOOMIS; JEFFREY CHOU; and BRUCE CARDINAL, as Trustee of the ROBERT J. CARDINAL GRANDCHILDREN'S TRUST, and the MARION I. CARDINAL TRUST, and as Managing Member of REDBIRD INVESTMENT GROUP, LLC<br><br>Plaintiffs,<br><br>v.<br><br>WACHOVIA SECURITIES, LLC, N/K/A WELLS FARGO ADVISORS, LLC,<br><br>Defendant. | Case No. C 11-02885 SBA<br><br>**STIPULATION TO EXCEED MOTION PAGE LIMIT**<br><br>Action Filed: April 1, 2011<br><br>[Removed from California State Court]<br><br>Hon. Saundra B. Armstrong |

Case No. C 11-02885 SBA
STIPULATION TO EXCEED MOTION PAGE LIMIT

1  Whereas, on May 2, 2013, Plaintiffs Gregory R. Raifman and Susan Raifman, husband and
2  wife, individually and on behalf of their marital community and as Trustees of The Raifman Family
3  Revocable Inter Vivos Trust, as beneficiaries of The Palladian Trust, and as sole members of Gekko
4  Holdings, LLC; Edward and Lorraine Kurata, husband and wife; James Loomis; Jeffrey Chou; and
5  Bruce Cardinal, as Trustee of the Robert J. Cardinal Grandchildren's Trust, and as Trustee of the
6  Marion I. Cardinal Trust, and as Managing Member of Redbird Investment Group, LLC
7  (collectively, "Plaintiffs"), filed their Third Amended Complaint ("TAC") in this action, pursuant to
8  an agreement between the parties and the Order of this Court;

9  Whereas the parties met and conferred but were unable to reach a resolution on a number of
10  the issues discussed regarding allegations made in the TAC;

11  Whereas counsel for Defendant Wachovia Securities, LLC ("Defendant") informed
12  Plaintiffs' counsel that Defendant intends to file a Motion to Dismiss the TAC; and

13  Whereas Defendant believes it needs more than the 15 pages permitted by the Court's
14  Standing Order to fully and properly address all issues raised in Plaintiffs' TAC;

15  NOW, THEREFORE, the parties, through their counsel, hereby stipulate and agree, pursuant
16  to Local Rule 7-11(a), that Defendant may exceed the 15 page limit on its Motion by five pages, and
17  file a Motion to Dismiss not to exceed 20 pages.

DATED: May 6, 2013

DAVID A. PICON
RONALD E. WOOD
JENNIFER L. ROCHE
PROSKAUER ROSE LLP

/s/ Ronald E. Wood
Ronald E. Wood

Attorneys for Defendant

DATED: May 6, 2013

TOD ARONOVITZ
BARBARA PEREZ
ANDREW ZELMANOWITZ

/s/ Tod Aronovitz
TOD ARONOVITZ

Attorney for Plaintiffs

PURSUANT TO STIPULATION, **IT IS SO ORDERED.**

DATED:  5/7/13_____

_____
Hon. Saundra J. Armstrong
United States District Judge