Thomas E. Alborg (*Cal. Bar No. 56435*)
talborg@avmllp.com
**ALBORG, VEILUVA & MARTIN LLP**
2121 N. California Boulevard, Suite 1010
Walnut Creek, CA 94596
925-939-9880 Telephone
925-939-9915 Facsimile

Brian G. Isaacson (*Pro Hac Vice*)
briani@isaacsonlawfirm.com
**ISAACSON LAW FIRM, P.S.**
701 Fifth Avenue, Suite 4725
Seattle, WA 98104
206-448-1011 Telephone
206-448-1022 Facsimile

Tod Aronovitz (*Pro Hac Vice*)
ta@aronovitzlaw.com
Barbara Perez (*Pro Hac Vice*)
bp@aronovitzlaw.com
Andrew Zelmanowitz (*Pro Hac Vice*)
az@aronovitzlaw.com
**ARONOVITZ LAW**
2 S. Biscayne Boulevard, Suite 2630
Miami, FL 33131
305-372-2772 Telephone
305-397-1886 Facsimile

John A. Yanchunis (*Pro Hac Vice*)
jyanchunis@forthepeople.com
**MORGAN & MORGAN, P.A.**
201 North Franklin Street, 7th Floor
Tampa, Florida 33602
813-223-5505 Telephone
813-223-5402 Facsimile

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY R. RAIFMAN and SUSAN RAIFMAN, husband and wife, individually and on behalf of their marital community and as Trustees of the RAIFMAN FAMILY REVOCABLE INTERVIVOS TRUST and as beneficiaries of the PALLADIAN TRUST; and GEKKO HOLDINGS, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> WACHOVIA SECURITIES, LLC, N/K/A WELLS FARGO ADVISORS LLC, <br><br> Defendant. | Case No.: No. C 11-02885 SBA <br><br> **STIPULATION TO ENLARGE PLAINTIFFS' TIME TO FILE RESPONSES TO DEFENDANT'S MOTION TO DISMISS AND MOTION TO STRIKE AND FOR DEFENDANT TO FILE ITS REPLIES** <br><br><br> Action filed: April 1, 2011 <br><br> [Removed from California State Court] <br><br> Hon. Saundra B. Armstrong |

1
STIPULATION TO ENLARGE PLAINTIFFS' TIME TO FILE RESPONSE TO
DEFENDANT'S MOTION TO STRIKE AND FOR DEFENDANT TO FILE ITS REPLY

1     Whereas, on May 8, 2013 Defendant filed its Motion to Strike Portions of the
Plaintiffs' Third Amended Complaint [Dkt. 153], and its Motion to Dismiss Plaintiffs' Third Amended Complaint [Dkt. 155] in this action;

    Whereas, Plaintiffs' Responses in opposition to the Motion to Dismiss and Motion to Strike are due on May 22, 2013, and Defendant's Reply in support of each Motion are due on May 29, 2013;

    NOW, THEREFORE, the parties, through their counsel, hereby stipulate and agree that, pursuant to Local Rule 6-1(b), that Plaintiffs shall have until and including May 29, 2013, to file their Responses in opposition to the Defendant's Motion to Dismiss the Third Amended Complaint and Defendant's Motion to Strike, and the Defendant shall have until and including June 12, 2013 to file its Reply in support of each Motion.  This extension will not alter the date of any event or deadline already fixed by Court Order.

DATED:  May 17, 2013

Tod Aronovitz
Barbara Perez
Andrew Zelmanowitz
ARONOVITZ LAW

/s/ Tod Aronovitz
    Tod Aronovitz

Attorneys for Plaintiffs,
GREGORY R. RAIFMAN, SUSAN RAIFMAN
GEKKO HOLDINGS, LLC, and
HELICON INVESTMENTS, LTD.

DATED:  May 17, 2013

Ronald E. Wood
Jennifer L. Roche
PROSKAUER ROSE LLP

/s/ Ronald E. Wood
    Ronald E. Wood

Attorneys for Defendant,
WACHOVIA SECURITIES, LLC

1  PURSUANT TO STIPULATION, **IT IS SO ORDERED**

2  DATED: 5/20/13

3

4  _____
Hon. Saundra J. Armstrong
5  United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28