Thomas E. Alborg (*Cal. Bar No. 56425*)
talborg@amb-law.com
**ALBORG, MARTIN & BUDDE, LLP**
2121 N. California Boulevard, Suite 1010
Walnut Creek, CA 94596
925-939-9880 Telephone
925-939-9915 Facsimile

John Yanchunis (*Pro Hac Vice*)
jyanchunis@forthepeople.com
**MORGAN & MORGAN, P.A.**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
813-223-5505 Telephone
813-223-5402 Facsimile

Tod Aronovitz (*Pro Hac Vice*)
ta@aronovitzlaw.com
Barbara Perez (*Pro Hac Vice*)
bp@aronovitzlaw.com
Andrew Zelmanowitz (*Pro Hac Vice*)
az@aronovitzlaw.com
**ARONOVITZ LAW**
2 South Biscayne Boulevard, Suite 2630
Miami, FL 33131
305-372-2772 Telephone
305-397-1886 Facsimile

Brian G. Isaacson (*Pro Hac Vice*)
briani@isaacsonlawfirm.com
**ISAACSON LAW FIRM, P.L.L.C.**
701 Fifth Avenue, Suite 4200
Seattle, WA 98104
206-448-1011 Telephone
206-448-1022 Facsimile

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY R. RAIFMAN and SUSAN RAIFMAN, husband and wife, individually and on behalf of their marital community and as Trustees of the RAIFMAN FAMILY REVOCABLE INTER VIVOS TRUST and as beneficiaries of the PALLADIAN TRUST, and as sole members of GEKKO HOLDINGS, LLC; EDWARD and LORRAINE KURATA, as husband and wife; JAMES LOOMIS; JEFFREY CHOU; and BRUCE CARDINAL, as Trustee of the ROBERT J. CARDINAL GRANDCHILDREN'S TRUST, and the MARION I. CARDINAL TRUST, and as Managing Member of REDBIRD INVESTMENT GROUP, LLC., <br><br>    Plaintiffs, <br><br> vs. <br><br> WELLS FARGO ADVISORS, LLC, successor in interest to WACHOVIA SECURITIES, LLC; and WACHOVIA SECURITIES, LLC, <br><br>    Defendants. | Case No.: No. C 11-02885 SBA <br><br> **PARTIES' STIPULATION TO EXCEED PAGE LIMIT AS TO PLAINTIFFS' RESPONSE IN OPPOSITION TO MOTION TO DISMISS THIRD AMENDED COMPLAINT** <br><br><br> Action filed: April 1, 2011 <br><br> [Removed from California State Court] <br><br> Hon. Saundra B. Armstrong |

1  Whereas, on May 5, 2013, Defendant filed its Motion to Dismiss Plaintiffs' Third
2  Amended Complaint [Dkt. 155] in this action;
3  Whereas, Plaintiffs' response in opposition to said motion is due on May 29, 2013; and
4  Whereas, Plaintiffs believe they need more than the 15 pages permitted by this Court's
5  Standing Order to fully and properly address all issues raised in Defendant's motion.
6  NOW, THEREFORE, the parties, through counsel, hereby stipulate and agree, pursuant
7  to Local Rule 7-11(a), that Plaintiffs may exceed the 15 page limit of their Response in
8  Opposition Memorandum by six (6) pages, and file their Response in Opposition
9  Memorandum not to exceed 21 pages.

DATED:  May 29, 2013                Tod Aronovitz
                                    Barbara Perez
                                    Andrew Zelmanowitz
                                    ARONOVITZ LAW

                                      */s/ Tod Aronovitz*
                                        Tod Aronovitz

                                    Attorneys for Plaintiffs,
                                    GREGORY R. RAIFMAN, SUSAN RAIFMAN
                                    GEKKO HOLDINGS, LLC, and
                                    HELICON INVESTMENTS, LTD.

DATED:  May 29, 2013                Ronald E. Wood
                                    Jennifer L. Roche
                                    PROSKAUER ROSE LLP

                                      */s/ Ronald E. Wood*
                                        Ronald E. Wood

                                    Attorneys for Defendant,
                                    WACHOVIA SECURITIES, LLC

2

1  PURSUANT TO STIPULATION, **IT IS SO ORDERED**

2  DATED: 5/31/13

            _____
            Hon. Saundra J. Armstrong
            United States District Judge