RONALD E. WOOD, SBN 133854
rwood@proskauer.com
JENNIFER L. ROCHE, SBN 254538
jroche@proskauer.com
PROSKAUER ROSE LLP
2049 Century Park East, Suite 3200
Los Angeles, CA   90067-3206
Telephone:   310-557-2900
Facsimile:    310-557-2193

DAVID A. PICON (*Pro Hac Vice*)
dpicon@proskauer.com
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036-8299
Telephone:   212-969-3000
Facsimile:    212-969-2900

Attorneys for Defendant
Wachovia Securities, LLC,
n/k/a Wells Fargo Advisors, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| GREGORY R. RAIFMAN and SUSAN RAIFMAN, husband and wife, individually and on behalf of their marital community and as Trustees of the RAIFMAN FAMILY REVOCABLE INTERVIVOS TRUST and as beneficiaries of the PALLADIAN TRUST; GEKKO HOLDINGS, LLC; EDWARD and LORRAINE KURATA, as husband and wife; JAMES LOOMIS; JEFFREY CHOU; and BRUCE CARDINAL, as Trustee of the ROBERT J. CARDINAL GRANDCHILDREN'S TRUST, and the MARION I. CARDINAL TRUST, and as Managing Member of REDBIRD INVESTMENT GROUP, LLC<br><br>Plaintiffs,<br><br>v.<br><br>WACHOVIA SECURITIES, LLC, N/K/A WELLS FARGO ADVISORS, LLC,<br><br>Defendant. | Case No. C 11-02885 SBA<br><br>**STIPULATION TO EXCEED REPLY BRIEF PAGE LIMIT**<br><br>Action Filed: April 1, 2011<br><br>[Removed from California State Court]<br><br>Hon. Saundra B. Armstrong |

1  Whereas, on May 2, 2013, Plaintiffs Gregory R. Raifman and Susan Raifman, husband and
2 wife, individually and on behalf of their marital community and as Trustees of The Raifman Family
3 Revocable Inter Vivos Trust, as beneficiaries of The Palladian Trust, and as sole members of Gekko
4 Holdings, LLC; Edward and Lorraine Kurata, husband and wife; James Loomis; Jeffrey Chou; and
5 Bruce Cardinal, as Trustee of the Robert J. Cardinal Grandchildren's Trust, and as Trustee of the
6 Marion I. Cardinal Trust, and as Managing Member of Redbird Investment Group, LLC
7 (collectively, "Plaintiffs"), filed their Third Amended Complaint ("TAC") in this action, pursuant to
8 an agreement between the parties and the Order of this Court;

9  Whereas, on May 8, 2013, Defendant Wachovia Securities, LLC ("Wachovia") filed its
10 Motion to Dismiss Plaintiffs' TAC which, pursuant to stipulation and Court Order, exceeded this
11 Court's motion page limit by five pages;

12  Whereas, on May 29, 2013, Plaintiffs filed their Opposition to Wachovia's Motion to
13 Dismiss which, pursuant to stipulation and Court Order, exceeded this Court's opposition page limit
14 by six pages; and,

15  Whereas Wachovia believes it needs more than the ten pages permitted by the Court's
16 Standing Order to fully and properly address all issues raised and argument made in Plaintiffs'
17 Opposition to Wachovia's Motion to Dismiss;

18  NOW, THEREFORE, the parties, through their counsel, hereby stipulate and agree, pursuant
19 to Local Rule 7-11(a), that Wachovia may exceed the ten page limit for its reply brief by five pages,
20 and file a reply in support of its Motion to Dismiss not to exceed 15 pages.

DATED: June 7, 2013

DAVID A. PICON
RONALD E. WOOD
JENNIFER L. ROCHE
PROSKAUER ROSE LLP

/s/ Ronald E. Wood
           Ronald E. Wood

Attorneys for Defendant

| | | |
|---|---|---|
| 1 | DATED: June 7, 2013 | TOD ARONOVITZ<br>BARBARA PEREZ |
| 2 | | ANDREW ZELMANOWITZ |

/s/ Tod Aronovitz
_____
Tod Aronovitz

Attorney for Plaintiffs

PURSUANT TO STIPULATION, **IT IS SO ORDERED.**

DATED: ___6/10/13_____

*Saundra B. Armstrong*
_____
Hon. Saundra B. Armstrong
United States District Judge

---

3
STIPULATION TO EXCEED REPLY BRIEF PAGE LIMIT