RONALD E. WOOD, SBN 133854
rwood@proskauer.com
JENNIFER L. ROCHE, SBN 254538
jroche@proskauer.com
PROSKAUER ROSE LLP
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
Telephone:   310-557-2900
Facsimile:   310-557-2193

DAVID A. PICON (*Pro Hac Vice*)
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036-8299
Telephone:   212-969-3000
Facsimile:   212-969-2900

Attorneys for Defendant
Wachovia Securities, LLC
n/k/a Wells Fargo Advisors, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| GREGORY R. RAIFMAN and SUSAN RAIFMAN, husband and wife, individually and on behalf of their marital community and as Trustees of the RAIFMAN FAMILY REVOCABLE INTERVIVOS TRUST and as beneficiaries of the PALLADIAN TRUST; GEKKO HOLDINGS, LLC; EDWARD and LORRAINE KURATA, as husband and wife; JAMES LOOMIS; JEFFREY CHOU; and BRUCE CARDINAL as Trustee of the ROBERT J. CARDINAL GRANDCHILDREN'S TRUST, and the MARION I. CARDINAL TRUST, and as Managing Member of REDBIRD INVESTMENT GROUP, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO ADVISORS, LLC, successor in interest to WACHOVIA SECURITIES, LLC,<br><br>Defendant. | Case No. 4:11-cv-02885 SBA<br><br>**ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF TO FILE STATEMENT OF RECENT DECISION**<br><br>Hon. Saundra B. Armstrong |

Case No. 4:11-cv-02885 SBA
[PROPOSED] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF

1  THIS MATTER came before the Court on Wachovia's Motion for Administrative Relief to File a Statement of Recent Decision, pursuant to Local Rule 7-11, for an Order to permit Wachovia to file a Statement of Recent Decision. Wachovia seeks permission to submit in support of its pending Motion to Dismiss Plaintiffs' Third Amended Complaint the August 12, 2013 Order issued by Judge Feuerstein of the Federal District Court for the Eastern District of New York granting a motion to dismiss filed by Wachovia against another Derivium borrower. Having carefully considered the motion and arguments of counsel, IT IS HEREBY ORDERED THAT:

Wachovia may submit a Statement of Recent Decision <u>without</u> discussion or argument.

IT IS SO ORDERED.

Dated: \_\_\_\_\_August 21\_\_\_\_\_, 2013

_____
Hon. Saundra B. Armstrong
United States District Judge