UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GREGORY RAIFMAN, et al.,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>WELLS FARGO ADVISORS, et al.,<br><br>　　　　　Defendants. | Case No: C 11-2885 SBA<br><br>**ORDER GRANTING MOTION FOR CLARIFICATION**<br><br>Docket 176 |

　　　　Plaintiffs have filed a motion to clarify whether the Case Management Conference ("CMC") scheduled for October 30, 2013 at 3:15 p.m. will be in Court or by telephone. The request is granted. **The CMC will take place by telephone**. At the date and time indicated above, Plaintiffs' counsel shall call (510) 637-3559 with all parties on the line. NO PARTY SHALL OTHERWISE CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT. This Order terminates Docket 176.

　　　　IT IS SO ORDERED.

Dated: September 26, 2013

　　　　　　　　　　　　　　　　　　　　*Saundra B Armstrong*
　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　United States District Judge